UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-125-MOC
(3:14-cr-167-MOC-1)

| | |
|---|---|
| JASON MICHAEL BROWN, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )    ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER** is before the Court on Petitioner's pro se Motion for Discovery. (Doc. No. 10). Petitioner filed the underlying motion to vacate on March 13, 2018, and this Court denied and dismissed the motion to vacate on July 16, 2018. See (Doc. Nos. 1, 8, 9). Because this action has already been dismissed, Petitioner's Motion for Discovery, (Doc. No. 10), is **DENIED** as moot.

Signed: July 23, 2018

*[Signature]*
Max O. Cogburn Jr.
United States District Judge